UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil No.: 3:20-cv-429-RJC-DCK

| | |
|---|---|
| **CHRISTOPHER VORE,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **JOINT STIPULATION OF DISMISSAL**<br>) **WITH PREJUDICE** |
| **CAROLINA POOL PLASTERING, INC.**<br>and **WILLIAM D. DEATON,** | )<br>)<br>) |
| Defendants. | )<br>) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Christopher Vore and Defendants Carolina Pool Plastering, Inc., and William D. Deaton, by counsel, stipulate and agree to dismiss this matter <u>with prejudice</u>, each party to bear its own costs and attorneys' fees.

Dated: October 26, 2021

Respectfully submitted,

/s/ Corey M. Stanton
Corey M. Stanton, NCSB #56255
**GIBBONS LAW GROUP, PLLC**
14045 Ballantyne Corporate Place, Ste 325
Charlotte, North Carolina 28277
Telephone: (704) 612-0038
E-Mail: corey@gibbonslg.com

Attorney for Plaintiff

/s/ Kerry L. Traynum
Kerry L. Traynum, NCSB #32968
**SKUFCA LAW, PLLC**
1514 S. Church Street, Suite 101
Charlotte, NC 28203
Telephone: (980) 335-0712
E-Mail: kerry@skufcalaw.com

Attorney for Defendants